East N.C. US Dist. Court - 310 New Bern Ave, Raleigh, NC 27601

FILED
FEB 20 2026
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY: _____ DEP CLK

Foltyniewicz,  V.  United States district court for the Eastern of Oklahoma.

Ronald A. White (Chief Judge),

| Plaintiff | Defendants | 5:26-ct-3045-M |

- Randall Foltyniewicz
  P.O. Box 1600 (Unit 2H)
  Butner, NC 27509

- United States District Court for the Eastern District of Oklahoma
  P.O. Box 607
  Muskogee, OK 74402

- Ronald A. White
  101 N. 5th Street
  Muskogee, OK 74401

## Civil Action

— Jury Trial Demanded —
(#7 - Jury Trial, Civil Cases)
— Waive the Fees / Issue the Summons —
(#1 - Right to sue the government)
(#14 - Equal Protection/Treatment)

Foltyniewicz v US DC for the east dist of OK (East OK US Dist Court) et al.

## Jurisdiction (28 USC 1331)

- Constitutional issue at stake - East NC US Dist Court handles these cases.
- Plaintiff currently resides within the East NC US district.
- Plaintiff is still suffering from damages while residing in this district.

## Introduction

The plaintiff, Randall Foltyniewicz, brings forth this civil action against the United States district court for the eastern district of Oklahoma ("EOK") and chief judge Ronald A. White ("RAW"). He has been damaged by the actions of the defendants, he has a right to petition the suit for redress of grievances (1st amendment, U.S. Constitution) and he demands the relief sought within this action.

## Facts

- On 11/17/24 EOK/RAW failed to docket/issue a summons for the plaintiff's Foltyniewicz v United States Army civil complaint lawsuit.
- Since then, the plaintiff has unsuccessfully attempted to secure compliance. (Refer to "Foltyniewicz v. White" petition for mandamus sent to the S. CT - dated 8/24/25)
- On 2/9/26 he wrote RAW a letter demanding proof of compliance, but has yet to receive word back (refer to letter to Ronald enclosed).
- EOK/RAW's actions (+lack thereof) have prevented the plaintiff from receiving relief from damages done to him by the United States army, is still suffering from those damages AND has gone through add'l damages at the hands of this government. (refer to Foltyniewicz v. U.S. Supreme CT - filed in the E.NC US Dist Court, Raleigh, NC, Foltyniewicz v. The State of Oklahoma - filed in the W. OK US Dist Court, OKC, OK, Foltyniewicz v. US Fed B.O.P. (habeas corpus) - filed in the E.NC US Dist Court, Raleigh, NC, Foltyniewicz v. Core Civic/Cimarron Corrections (habeas corpus) - filed in the E. OK US dist court, Muskogee, OK)

Foltyniewcz v EDK/Raw

Grounds
- He has a right to petition the government for redress of grievances (1st amendment).
- Unless that lawsuit is filed + a summons issued, zero petition will occur.
- Article VI, Clause 3 "all executive and judicial officers...(will) be bound...to support this Constitution..." = The chief judge's job to do.
- Article VI, Clause 2 = "The Constitution...(will) be the supreme law of the land and the judges... (will) be bound thereby" =

— ANY Attempt at claiming judicial/sovereign immunity is illegal.

— His constitutional rights are more powerful than ANY "doctrine"(s) of immunity.

— The defendants violated 18 USC 242 (deprivation of rights under color of law).

- This government will pay for the damages it has done to him
  = establish justice (preamble, U.S. Const.).

- Punitive damages will be applied   = equal protections (14th amendment)
                                      = fairness         (justice, preamble)
                                      = due process      (5th amendment)

- A jury will hear the case   = right to a jury trial (7th amendment)

- The trial will be public    = right to press (1st amendment)

- The united states government has severely damaged him and he is owed relief!!!

- The plaintiff is a victim of severe torture by the united states military!!!
  (The defendants silenced him = NOT honoring the Constitution)

Foltyniewicz v EOK/RAW

## Relief Owed

For severe psychological damages/trauma:

Ronald A. White — $4.7 T
East Ok US Dist Ct — $4.7 Q

For punitive (to guarantee this conduct NEVER happens again):

Ronald A. White — $47 T
East Ok US Dist Ct — $47 Q

In addition to the above, any additional relief the jury feels is just and proper.

- Waive the fees / docket this action / issue the summons / Fucking move on this
- are judges above the law? ("Immunity Doctrine"(s) > supreme law of the land ???)

Signed,

—Randall Foltyniewicz  2/10/2026  6:52:47 pm EST

Randall Foltyniewicz           P.O. Box 1600 (unit 211)
Atty Pro Se                    Butner, NC 27509